FILED

02/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0523 and DA 20-0524

_____

IN THE MATTER OF

C.A.Y and K.E.Y.

Youths in need of Care.

_____

## ORDER CONSOLIDATING CASES

Appellant/Father's motion to consolidate is GRANTED. It is hereby ORDERED that the above causes be consolidated for the purposes of appeal under Cause No. DA 20-0523.

The Clerk is directed to provide a copy of this Order to the district court clerk and all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 9 2021